UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
U.S. CHINA ASSETS MGMT USA, LLC.,          :          08-CV-1700 (ARR)
:
                      Plaintiff,          :          NOT FOR
:          PUBLICATION
   -against-                                      :
:          OPINION AND ORDER
WORLDBEST GROUP FINE, INC.,                :
:
                      Defendant.          :
:
------------------------------------------------------------------ X
ROSS, United States District Judge:

       Upon consent of the parties, see Dkt. Nos. 4, 5, the clerk of the court is directed to transfer this case to the United States District Court for the Central District of California.

       SO ORDERED.

                                                 s/ Judge Allyne R. Ross

                                                 Allyne R. Ross
                                                 United States District Judge

Dated: August 6, 2008
       Brooklyn, New York

SERVICE LIST:

**Plaintiff's Counsel**

**Jeffrey J. Wild**
Lowenstein Sandler P.C.
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

**Defendant's Counsel**

**Harlan M. Lazarus**
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, NY 10016