JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.-CHINA ASSETS MANAGEMENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORLDBEST GROUP FINE, INC.,<br><br>　　　　Defendant.<br>_____ | Case No. CV 08-5161 DSF (VBKx)<br><br><br><br>JUDGMENT OF DISMISSAL |

　　The Court having previously issued an Order to Show Cause re Dismissal, Plaintiffs not having shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

　　IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED:　September 16, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge